1
2
3
4
5
6
UNITED STATES DISTRICT COURT

7
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
8

9
SOCORRO DIAZ, et al.                           Case No. EDCV 16-1518 JGB (SPx)

10
                                    Plaintiffs,

11
                                                 **JUDGMENT**
        v.
12

13
GB INLAND PROPERTIES, LLC, et al.,

14
                                    Defendants.

15

16

17

18
**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19
        Pursuant to the Order filed concurrently filed herewith, the Motion for

20
Summary Judgment, or, in the Alternative, for Summary Adjudication of Claims or

21
Defenses by Defendants The Bank of New York Mellon and Nationstar Mortgage,

22
LLC, and joined by Quality Loan Service Corporation is GRANTED.  Plaintiff

23
Socorro and Francisco Diaz's Second Amended Complaint against these

24
Defendants is DISMISSED.

25

26

27

28
//

1    Judgment is entered in favor of Defendants The Bank of New York Mellon,

2  Nationstar Mortgage, LLC, and Quality Loan Service Corporation.

3

4

    Dated: August 16, 2017
5

6

7
                                    _____
8                                    THE HONORABLE JESUS G. BERNAL
                                     United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28